**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| HEBEI VIROAD BIOTECHNOLOGY CO., LTD. §<br>§<br>    Plaintiff(s),    §<br>VS.    §    CIVIL ACTION NO. 4:24−cv−00555<br>§<br>PHIPPY LLC, et al.    §<br>§<br>    Defendant.    § | |

## NOTICE OF SETTING

    A Motion Hearing has been set in this matter for 02:00 PM on 9/25/2025. The hearing will be conducted using the ZoomGov.com videoconferencing program.

Join the hearing on ZoomGov.com by clicking or copying and pasting the following link:
*https://www.zoomgov.com/j/1611748401?pwd=g0icHVPLXotpwDbsFeowiN9K2gKKcQ.1*
Meeting phone number: 1−669−254−5252
Meeting ID: 161 174 8401
Meeting Password: 235040

    Parties should be prepared to discuss all pending issues before the Court. Failure to appear may result in the case being dismissed for want of prosecution and/or sanctions as deemed appropriate by the Court.

Date: 8/22/2025                    Kimberly Picota
                                    cm4147@txs.uscourts.gov
                                    Case Manager to
                                    U.S. District Judge George C. Hanks, Jr.