**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **HEBEI VIROAD BIOTECHNOLOGY CO., LTD.,** | § § § | |
| *Plaintiff,* | § § § | |
| **v.** | § § | **CIVIL ACTION NO. 4:24-CV-00555** |
| **PHIPPY LLC, MORE HEALTH, INC. AND DOES 1-50,** | § § § § | |
| *Defendants.* | § § | |

**MOTION FOR LEAVE OF ATTORNEY YAN GAO TO WITHDRAW AS COUNSEL**

TO THE HONORABLE JUDGE OF SAID COURT:

Attorney Yan Gao respectfully moves for leave to withdraw as counsel of record for Defendants in the above-captioned matter and, in support thereof, respectfully states as follows:

1. Undersigned counsel, Yan Gao, respectfully requests leave of Court to withdraw as counsel of record for Defendants.

2. Defendants will continue to be represented by other counsel of record in this matter. Accordingly, this withdrawal will not prejudice Defendants or any other party, nor will it delay these proceedings.

3. This request is made in good faith and not for purposes of delay.

4. Granting this Motion will not unduly delay these proceedings or prejudice any party.

5. WHEREFORE, PREMISES CONSIDERED, undersigned respectfully requests that the Court grant this Motion and enter the accompanying Order permitting Yan Gao to withdraw as counsel of record for Defendants, together with such other and further relief to which she may be entitled.

DATED: July 17th,  2026                    Respectfully Submitted,


**/s/ Yan Gao**

A2Z Law Firm PLLC

12234 Shadow creek Pkwy, Unit 8100

Pearland TX 77584

E-mail: gao@atozlaws.com

Tel: 713-857-7112

Fax: 888-668-3198

## CERTIFICATE OF SERVICE

I certify that on the 17th of July, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notification of such filing to the following:

Jeffrey M. Simon
YK LAW LLP
4 Park Plaza #1040
Irvin, CA 92614

Shawn M. Grady
LAW FIRM OF SHAWN M. GRADY, PLLC
2100 West Loop South, Ste. 805
Houston, Texas 77027


_____/s/_ Yan Gao_____
YAN GAO